# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

AL'S CAFE, INC.,

        Petitioner

        v.

DEPARTMENT OF HEALTH, BUREAU OF HEALTH PROMOTION AND RISK REDUCTION,

        Respondent

:  No. 318 WAL 2015
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the consideration or decision of this matter.